IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN APTAKER : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-2255 |
| BUCKS COUNTY INTERMEDIATE : | |
| UNIT No. 22 : | |

**O R D E R**

**AND NOW**, this  3rd  day of  September , 2015, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 22), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**